IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUIS LORA-MONCADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:15-cv-03815-LMM |
| ) | |
| AMERICAN POOL SERVICE ) | |
| OF GEORGIA, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion To Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3.  This cause is hereby **DISMISSED,** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Atlanta, Georgia, this 7th day of January, 2016.

*Leigh Martin May*
The Honorable Leigh Martin May
U.S. District Judge
Northern District of Georgia
Atlanta Division